| | |
|---|---|
| 1 | ADRIANNE B. SAMMS, Bar No. 238786 |
|   | LITTLER MENDELSON |
| 2 | A Professional Corporation |
|   | 2520 Venture Oaks Way |
| 3 | Suite 390 |
|   | Sacramento, CA  95833.4227 |
| 4 | Telephone:     916.830.7200 |
|   | Facsimile      916.561.0828 |
| 5 | |
| 6 | LAWRENCE PEIKES, CT Bar No. 403705        **OK/HAV** |
|   | *Admitted Pro Hac Vice* |
| 7 | WIGGIN & DANA |
|   | 400 Atlantic Street |
| 8 | Stamford, CT  06901.3234 |
|   | Telephone:     203.363.7609 |
| 9 | Telephone:     203.363.7676 |
| 10 | Attorneys for Defendants |
|    | ADVANCED CARE TECHNOLOGIES, INC., |
| 11 | WORLD WIDE TECHNOLOGIES, LLC, AND |
|    | BRACHYSCIENCES, INC. |
| 12 | |
| 13 | BRIAN S. CRONE, Bar No. 191731 |
|    | MURPHY AUSTIN ADAMS SCHOENFELD LLP |
| 14 | 304 S Street |
|    | Sacramento, CA 95814-6906 |
| 15 | Telephone:     916.446.2300 |
|    | Facsimile:     916.503.4000 |
| 16 | |
| 17 | Attorneys for Plaintiff |
|    | PAUL DAVIS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL DAVIS, | | Case No.  2:06-CV-02449-DFL-DAD |
| | Plaintiff, | |
| v. | | ***AMENDED* STIPULATION AND ORDER RE REQUEST TO EXTEND DEADLINE FOR FILING A DISPOSITIVE MOTION** |
| ADVANCED CARE TECHNOLOGIES, INC., WORLD WIDE TECHNOLOGIES, LLC, and BRACHYSCIENCES, INC., | | |
| | Defendants. | |

FIRMWIDE:82523659.1 053403.1001                              (Case No. 2:06-CV-02449-DFL-DAD)

*AMENDED* STIPULATION AND REQUEST TO EXTEND DEADLINE FOR FILING A DISPOSITIVE MOTION

Plaintiff Paul Davis ("Plaintiff") and Defendants Advanced Care Technologies, Inc., World Wide Technologies, LLC, and Brachysciences, Inc. ("Defendants"), hereby jointly stipulate to and agree through their attorneys of record and request the Court to continue the deadline for filing a dispositive motion pursuant to the Court's Pre-Trial Scheduling Order from Wednesday, June 6, 2007 to Friday, July 6, 2007. All other dates in the Pre-Trial Scheduling Order will be modified as follows:

| | |
|---|---|
| Dispositive Motion Hearing: | August 8, 2007 at 10:00 a.m. |
| Joint Pretrial Statement: | September 14, 2007 |
| Final Pretrial Conference: | September 21, 2007 at 2:00 p.m. |
| Trial: | October 29, 2007 at 9:00 a.m. |

IT IS SO STIPULATED.

Dated: May 25, 2007

/s/Adrianne B. Samms
ADRIANNE B. SAMMS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
ADVANCED CARE TECHNOLOGIES, INC., WORLD WIDE TECHNOLOGIES, LLC, AND BRACHYSCIENCES, INC.

Dated: May 25, 2007

/s/Brian S. Crone
BRIAN S. CRONE
MURPHY AUSTIN ADAMS SCHOENFELD LLP
Attorneys for Plaintiff
PAUL DAVIS

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.561.5300

FIRMWIDE:82523659.1 053403.1001     2.     (Case No. 2:06-CV-02449-DFL-DAD)
*AMENDED* STIPULATION AND REQUEST TO EXTEND DEADLINE FOR FILING A DISPOSITIVE MOTION

# **ORDER**

Good cause appearing, the June 6, 2007 deadline for filing a dispositive motion is continued until July 6, 2007. All other dates in the Pre-Trial Scheduling Order will be modified as follows:

| | |
|---|---|
| Dispositive Motion Hearing: | August 8, 2007 at 10:00 a.m. |
| Joint Pretrial Statement: | September 14, 2007 |
| Final Pretrial Conference: | September 21, 2007 at 2:00 p.m. |
| Trial: | October 29, 2007 at 9:00 a.m. |

IT IS SO ORDERED.

Date:   May 30, 2007              /s/ David F. Levi
                                  JUDGE DAVID F. LEVI

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.561.5300

FIRMWIDE:82523659.1 053403.1001        3.        (Case No. 2:06-CV-02449-DFL-DAD)

*AMENDED* STIPULATION AND REQUEST TO EXTEND DEADLINE FOR FILING A DISPOSITIVE MOTION