AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __CALIFORNIA__

PAUL DAVIS,

    Plaintiff,

        V.

ADVANCED CARE TECHNOLOGIES, INC., a Connecticut corporation, et al.,

    Defendants.

**AMENDED JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 2:06-CV-02449-RRB-DAD

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 8/8/07**

IT IS FURTHER ORDERED AND ADJUDGED
**THAT PLAINTIFF PAUL DAVIS SHALL RECOVER FROM DEFENDANTS ADVANCED CARE TECHNOLOGIES, INC., WORLD WIDE TECHNOLOGIES, LLC, AND BRACHYSCIENCES, INC. THE SUM OF $30,175.76 IN ATTORNEYS' FEES AND COSTS IN ACCORDANCE WITH THE COURT'S ORDER OF 9/25/07**

October 24, 2007
*Date*

Victoria C. Minor
*Clerk* of Court

Alba Kastilahn

*(By) Deputy Clerk*

AO-450